UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-cv-60042-XXXX

TIMOTHY R. LEWIS,

        Plaintiff,

vs.

EAST COAST WAFFLES, INC

        Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

COMES NOW Defendant, EAST COAST WAFFLES, INC., by and through its undersigned counsel, and hereby files this Unopposed Motion to Extend Discovery Deadline as follows:

1. This is a negligence case arising from an alleged slip and fall at Waffle House in Davie, Florida.

2. On January 27, 2015, this Honorable Court issued an Amended Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge.  This Order set the Discovery Cutoff as December 2, 2015.

3. Counsel for Defendant has requested that the Plaintiff undergo a medical examination in preparation for trial.  In order to accommodate the expert physicians' schedule, Defendant requests that the discovery cutoff be extended until and including January 22, 2015.

4. Plaintiff does not oppose this relief and the parties have agreed to impose additional,

CASE NO.: 0:15-cv-60042-

voluntary deadlines in order to promote fairness and adequate trial preparation.

5.  The parties have agreed to disclose their experts by December 18, 2015 (and Defendant shall provide a report from the physician examining the Plaintiff no later than January 18, 2015).

6.  This Motion is made in good faith and not for the purposes of delay.  Defendant states that the granting of this Motion will in no way prejudice the Plaintiff; however, denial of same will severely prejudice the Defendant.

WHEREFORE, Defendant, EAST COAST WAFFLES, INC., respectfully requests this Honorable Court issue an Order granting this Unopposed Motion to Extend Discovery deadline until January 22, 2015, and for any other relief this Court deems just and appropriate.

## LOCAL RULE 7.1 CERTIFICATE

Undesigned counsel hereby certifies that on November 9, 2015, a telephone conference was held in good faith with counsel for Plaintiff, Michael Pascucci, concerning this Motion. Mr. Pascucci expressed that he has no objection to the filing of this Motion and to the extension requested herein.

Respectfully Submitted,

/S/ Genevieve Rupelli_____
GENEVIEVE RUPELLI
FLORIDA BAR NO. 780901
MARISSA HANAN
FLORIDA BAR NO. 85155

COLE, SCOTT & KISSANE, P.A.
*Attorneys for Defendant*, *Waffle House, Inc.*
110 SE 6th Street
Suite 1850
Fort Lauderdale, FL 33301

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 1850  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

CASE NO.: 0:15-cv-60042-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2015, I electronically filed the

foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified on the

attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.

SERVICE LIST


**Jeffrey M. Braxton, Esq.**
Law Office of Slootsky, Perez & Braxton
2950 West Cypress Creek Road, Suite 300
Fort Lauderdale, FL 33309

**Joshua H. Eggnatz, Esq**.
EGGNATZ, LOPATIN & PASCUCCI, LLP
5400 S. University Drive, Ste. 413
Davie, FL 33328