UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case No.: 15-60042-CIV-DIMITROULEAS

TIMOTHY R. LEWIS,

    *Plaintiff,*

vs.

EAST COAST WAFFLES, INC.,

    *Defendant.*

_____

### ORDER DENYING DEFENDANT'S MOTION TO EXTEND DISCOVERY DEADLINE

THIS CAUSE, having come before the Court on Defendant's Unopposed Motion to Extend Discovery Deadline [DE 22], and the Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to extend the discovery cutoff is hereby **DENIED**.

2. However, the parties may exchange expert physician reports and depose the expert physicians beyond the December 2, 2015 deadline.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 12th day of November, 2015.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record