UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60042-CIV-DIMITROULEAS/Snow

TIMOTHY R. LEWIS,

       Plaintiff,

v.

EAST COAST WAFFLES, INC.,

       Defendant.

_____/

### ORDER TO  RESPOND

THIS CAUSE is before the Court on the Plaintiff's Motion to Overrule Objections and Compel Better Responses to Plaintiff's Request for Production and Motion to Compel Documents Responsive to Notice of Taking Deposition Duces Tecum (ECF No. 25), which was referred to United States Magistrate Judge Lurana S. Snow.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before December 7, 2015, the Defendant shall file a response to the motion which shall not exceed three pages in length.  Relevant exhibits may be attached.  After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 30th day of November, 2015.

                                     _____
                                 LURANA S. SNOW
                                 UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record